# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 31, 2026

Lyle W. Cayce
Clerk

No. 25-60710
Summary Calendar

———————

United States of America,

*Plaintiff—Appellee*,

*versus*

Casey Aron Dixon,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:24-CR-64-1

———————————————————

Before Elrod, *Chief Judge*, and Smith and Stewart, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Casey Aron Dixon has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Dixon has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Dixon's response.

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-60710

We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.